# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>JOSE ARTURO ACEVEDO<br>                    Defendant. | CASE NO.16-CR-01877-BAS<br><br><br>**JUDGMENT OF DISMISSAL** |

           IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X ___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, with prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

X ___  of the offense(s) as charged in the Indictment/Information:

   21:952,960-Importation of Methamphetamine (Felony)(1);21:952,960 - Importation of Cocaine (Felony)(2);21:952,960 - Importation of Heroin (Felony)(3); 21:952,960 -Importation of Oxycodone (Felony)(4)

           IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/22/16



FILED
SEP 22 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

William V. Gallo
U.S. Magistrate Judge